```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 24397
    NANCY L HANLEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3987


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/20/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT           SECURED             5700.00        852.08       5606.44
FORD MOTOR CREDIT           UNSECURED           9671.62           .00           .00
NATIONAL CITY MORTGAGE      CURRENT MORTG           .00           .00           .00
NATIONAL CITY MORTGAGE      MORTGAGE ARRE       2861.04           .00       2861.04
SCHOTTLER & ZUKOSKY         PRIORITY         NOT FILED            .00           .00
CAPITAL ONE SERVICES        NOTICE ONLY      NOT FILED            .00           .00
CARD PROCESSING CENTER      UNSECURED        NOT FILED            .00           .00
CPS SECURITY                UNSECURED        NOT FILED            .00           .00
DEPENDON COLLECTION SVC     UNSECURED        NOT FILED            .00           .00
MILLENIUM CREDIT CONSULT    UNSECURED        NOT FILED            .00           .00
CAPITAL ONE                 UNSECURED           1451.30           .00           .00
NICOR GAS                   UNSECURED            988.79           .00           .00
*SCHOTTLER & ZUKOSKY        DEBTOR ATTY        1,909.00                     1,909.00
TOM VAUGHN                  TRUSTEE                                           660.44
DEBTOR REFUND               REFUND                                          1,000.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               12,889.00

PRIORITY                                             .00
SECURED                                         8,467.48
    INTEREST                                      852.08
UNSECURED                                            .00
ADMINISTRATIVE                                  1,909.00
TRUSTEE COMPENSATION                              660.44
DEBTOR REFUND                                   1,000.00
                      ---------------         ---------------
TOTALS                12,889.00                12,889.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24397 NANCY L HANLEY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 24397 NANCY L HANLEY